**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LONGLAC WOOD INDUSTRIES INC.,              *

          Plaintiff,                            *

v.                                                        *

SUPRA FLOORS INC.,                                 *          Civil Action No. AMD-05-CV-3013

          Defendant.                           *

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, Longlac Wood Industries Inc., and Defendant, Supra Floors Inc., through their

respective undersigned counsel, hereby stipulate and agree that this case, and all claims and defenses

asserted herein by the parties to this Stipulation, shall be and hereby are dismissed with prejudice,

with each party to bear its own costs, expenses, and attorneys' fees.

David J. Heubeck
Venable LLP
2 Hopkins Plaza
1800 Mercantile Bank & Trust Building
Baltimore, MD 21201
(410) 244-7400

Attorneys for Plaintiff

Michael M. Murray
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5424

Attorneys for Defendant


**ORDER**

IT IS SO ORDERED this _____ day of _____, 2006.

_____
Andre M. Davis
United States District Judge